UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN – 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff | : | |
| | : | CRIMINAL NO. 08-336 |
| vs. | : | Judge Colleen Kollar-Kotelly |
| | : | |
| PHILLIP HARRINGTON | : | |
| | : | |
| Defendant | : | |

## ORDER

The Court hereby adopts the Report and Recommendation dated December 2, 2008.

The probation office shall file its Presentence Report by no later than

FEBRUARY 20, 2009, it is further;

The Government shall file its Memorandum in Aid of Sentencing by

no later than MARCH 6, 2009, it is further;

The Defendant shall file its Memorandum in Aid of Sentencing by no later than

MARCH 6, 2009, it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor

on MARCH 13, 2009 AT 10:15 A.M.

IT IS SO ORDERED,

Date: Jan. 6, 2009

_____
Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers              Pretrial
      Files                 William Woodruff, AUSA
      Probation             Michelle Peterson, AFPD

(N)